United States Bankruptcy Court
Eastern District of California

In re:  Case No. 21-23548-B
Shahar A. Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: admin     Page 1 of 2
Date Rcvd: Nov 08, 2021     Form ID: 309I     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shahar A. Jones, 5518 Teal Court, Stockton, CA 95207-5226 |
| aty | + | Chad L. Butler, 4375 Jutland Dr #200, PO Box 17933, San Diego, CA 92177-7921 |
| tr | | Russell D. Greer, PO Box 3051, Modesto, CA 95353-3051 |
| cr | + | The Golden 1 Credit Union, Tiffany & Bosco, P.A., 1455 Frazee Rd #820, San Diego, CA 92108-4395 |
| 23322158 | #+ | ALTAMONT HEALTHCARE, 1350 W ROBINHOOD DR STE 5, Stockton CA 95207-5519 |
| 23322162 | + | Andrews Federal Credit Union, 5711 Allentown Rd, Suitland MD 20746-4547 |
| 23323027 | + | Dovenmuehle Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 23322156 | + | Equifax Information Services LLC, PO Box 740256, Atlanta GA 30374-0256 |
| 23322155 | + | Experian, PO Box 4500, Allen TX 75013-1311 |
| 23322168 | | Golden One Credit Union, Mail Stop 1290, 1 Corporate Dr Ste 360, Lake Zurich IL 60047-8945 |
| 23322169 | + | Hakeem Ellis Marengo APC, 3414 BrooksideRd Ste 100, Stockton CA 95219-1786 |
| 23322171 | + | JUANNY CORTES, C O BOHM LAW GROUP INC, 7400 SHORELINE DRIVE, STE 5, STOCKTON CA 95219-5498 |
| 23328311 | + | Lake Michigan Credit Union, PO Box 2848, Grand Rapids MI 49501-2848 |
| 23322172 | | Lake Michigan Credit Union, 4017 Lake Dr SE, Grand Rapids MI 49546 |
| 23322173 | | Law Offices of John A Biard, PO box 64093, St Paul MN 55164-0093 |
| 23327483 | | Schools Financial Credit Union, 1485 Response Rd ste 126, Sacramento CA 95815, Santa Ana, CA 92711 |
| 23322157 | + | TransUnion LLC, Consumer Dispute Center, PO Box 2000, Chester PA 19016-2000 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: legalmail@pmbankruptcy.com | Nov 09 2021 01:05:00 | Peter G. Macaluso, 7230 South Land Park Drive #127, Sacramento, CA 95831 |
| smg | | EDI: EDD.COM | Nov 09 2021 06:03:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 09 2021 06:03:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 23322160 | | EDI: HNDA.COM | Nov 09 2021 06:03:00 | American Honda Finance Corporation, PO Box 168088, Irving TX 75016-8088 |
| 23322159 | | EDI: HNDA.COM | Nov 09 2021 06:03:00 | American Honda Finance, 20800 Madrona Ave, Torrance CA 90503 |
| 23322161 | + | EDI: AMEREXPR.COM | Nov 09 2021 06:03:00 | Amex, PO Box 297871, Fort Lauderdale FL 33329-7871 |
| 23322163 | + | Email/Text: BKNOTICE@CENTRALSTATECU.ORG | Nov 09 2021 01:05:00 | Central State Credit Union, 919 N Center St, Stockton CA 95202-1311 |
| 23322164 | + | EDI: CITICORP.COM | | |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Nov 09 2021 06:03:00 | Citi, PO Box 6190, Sioux Falls SD 57117-6190 |
| 23322165 | EDI: WFNNB.COM | Nov 09 2021 06:03:00 | Comenity, PO Box 659450, San Antonio TX 78265-9450 |
| 23322166 | EDI: DISCOVER.COM | Nov 09 2021 06:03:00 | Discover, Po Box 30395, Salt Lake City UT 84130-0395 |
| 23322167 | + Email/Text: bankruptcy@golden1.com | Nov 09 2021 01:05:00 | Golden 1 Credit Union, PO Box 15966, Sacramento CA 95852-0966 |
| 23322170 | EDI: JPMORGANCHASE | Nov 09 2021 06:03:00 | JPMCB Card, PO Box 15369, Wilmington DE 19850 |
| 23322175 | + Email/Text: bankruptcy@schoolsfirstfcu.org | Nov 09 2021 01:05:00 | Schools Financial Credit Union, 1485 Response Rd ste 126, Sacramento CA 95815-5261 |
| 23322176 | EDI: RMSC.COM | Nov 09 2021 06:03:00 | Syncb JcPenney, Po Box 960090, Orlando FL 32896-0090 |
| 23322177 | + Email/Text: bankruptcy@golden1.com | Nov 09 2021 01:05:00 | The Golden One Credit Union, 8945 Cal Center Dr, Sacramento CA 95826-3239 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23322174 | ##+ | Maria Vidal-Rosas, 2433 Country Club Unit 40, Stockton CA 95204-4731 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2021　　　　Signature:　　/s/Joseph Speetjens

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Shahar A. Jones** | | | Social Security number or ITIN | **xxx–xx–5649** |
| | First Name   Middle Name   Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of California** | | | Date case filed for chapter  **13:** | **10/13/21** |
| Case number: | **21–23548 – B – 13 G** | | | | |

10/20

## Official Form 309I

### Notice of Chapter 13 Bankruptcy Case Meeting of Creditors and Deadlines Due to COVID–19 Outbreak

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the Case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. §1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shahar A. Jones | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5518 Teal Court<br>Stockton, CA 95207 | |
| 4. | **Debtor's attorney**<br>Name and address | Peter G. Macaluso<br>7230 South Land Park Drive #127<br>Sacramento, CA 95831 | Contact phone: 916–392–6591 |
| 5. | **Bankruptcy trustee**<br>Name and address | Russell D. Greer<br>PO Box 3051<br>Modesto, CA 95353–3051 | Contact phone: 209–576–1954 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br><br>Phone:  (916) 930–4400<br><br>Date: 11/6/21 |

**For more information, see page 2**

| Debtor **Shahar A. Jones** | | Case number: **21–23548 – B – 13 G** |
|---|---|---|
| **7. Meeting of creditors** | **December 1, 2021 at 09:30 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **By Telephone: 1–877–691–9878**<br>**Passcode: 2488085**<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting.** |
| **8. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br><br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• If § 523(c) applies to your claim and you seek to have it excepted form discharge, you must start a judicial proceeding by filing a complaint by the deadline stated above.<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing Deadline: 01/31/2022**<br><br><br><br><br><br><br><br>**Filing Deadline: 12/22/21**<br><br>**Filing Deadline: 4/11/22** |
| | **Proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important non–monetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br><br>30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.<br>A copy of the plan is enclosed. Objections to the confirmation of this plan must be filed and served by 12/08/2021.  An objection shall state with particularity the grounds therefor, be supported by evidence, and be accompanied by a notice of the confirmation hearing on **01/04/2022 at 01:00 PM in Courtroom 32, 6th Floor , at the Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA.**<br>The objection and notice of hearing must be served on the debtor, the debtor's attorney, if any, and the bankruptcy trustee. If a timely objection is not filed and served, no confirmation hearing will be conducted unless the court orders otherwise. See Amended General Order 20–02 for more information regarding Objection to Confirmation deadline. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |
| **14. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |